```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 10999
   SEBRENA L GRIFFIN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-7440


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/30/2008 and was confirmed 07/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   48.00%.

     The case was dismissed after confirmation 11/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
AAA CHECKMATE LLC          UNSECURED         1509.42         .00            .00
CINGULAR                   UNSECURED        NOT FILED        .00            .00
HSBC BANK N                UNSECURED        NOT FILED        .00            .00
BROTHER LOAN & FINANCE C   UNSECURED         1352.13         .00            .00
CHICAGO AREA OFFICE FED    UNSECURED        NOT FILED        .00            .00
CHICAGO AREA OFFICE FED    UNSECURED        NOT FILED        .00            .00
CITY OF CHICAGO PARKING    UNSECURED          100.00         .00            .00
HILCO RECEIVABLES LLC      UNSECURED        12305.89         .00            .00
HSBC/CARSONS               UNSECURED        NOT FILED        .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        10233.58         .00            .00
SBC                        UNSECURED        NOT FILED        .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         5051.54         .00            .00
OCWEN FEDERAL BANK         CURRENT MORTG        .00          .00            .00
OCWEN FEDERAL BANK         MORTGAGE ARRE    12396.46         .00            .00
CITY OF CHICAGO WATER DE   SECURED           1321.77         .00            .00
BANK OF NEW YORK           NOTICE ONLY     NOT FILED         .00            .00
MICHAEL KALKOWSKI          NOTICE ONLY     NOT FILED         .00            .00
OCWEN FEDERAL BANK         MORTGAGE NOTI   NOT FILED         .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,491.50                     3,060.93
TOM VAUGHN                 TRUSTEE                                         258.84
DEBTOR REFUND              REFUND                                          281.11

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              3,600.88

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               3,060.93

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 10999 SEBRENA L GRIFFIN
```

```
TRUSTEE COMPENSATION                                              258.84
DEBTOR REFUND                                                     281.11
                                      ----------------    ----------------
TOTALS                                       3,600.88            3,600.88
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
   Dated: 02/25/09                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```